DRAINAGE DISTRICT NO. 2 OF DAKOTA COUNTY, APPELLEE, v. MILTON J. FORESHOE, APPELLANT.

FILED FEBRUARY 11, 1931. No. 27547.

*George W. Leamer,* for appellant.

*Wymer Dressler, William P. Warner* and *Sidney T. Frum, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ.

PER CURIAM.

Drainage District Number 2 of Dakota county filed its petition in the district court for Dakota county asking that its charter be extended for fifteen years. Over the objections of Milton J. Foreshoe and others the trial court granted the extension asked. Foreshoe has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.